United States Court of Appeals
Fifth Circuit

**F I L E D**

June 7, 2006

Charles R. Fulbruge III
Clerk

In the

United States Court of Appeals

for the Fifth Circuit

_____

Nº 05-20337

_____

RODRIGO MAGANA;
MARIA MAGANA,
INDIVIDUALLY AND AS NEXT FRIEND FOR
MARIA DEL CARMEN AND VICTORIA YERIZZA MAGANA, MINORS,

Plaintiffs-Appellants,

VERSUS

HAMMER & STEEL, INC., ET AL.,

Defendants,

HAMMER & STEEL, INC.; BO-MAC CONTRACTORS, INC.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
Nº 4:03-CV-1406

_____

Before SMITH, WIENER, and STEWART,
    Circuit Judges.

PER CURIAM:[*]

    Rodrigo and Maria Magana appeal a take-nothing judgment entered after a bench trial, seeking damages for injuries Magana suffered on the job. We have reviewed the briefs, the applicable caselaw, and pertinent portions of the record and have heard the arguments of counsel. We find no clear error in any of the district court's factual findings or any mistake in its conclusions of law. The judgment is AFFIRMED, essentially for the reasons given by the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.